UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>LONNIE EUGENE LILLARD,<br><br>       Defendant. | Case No. MJ 16-2<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has an extensive criminal history, and a pattern of committing theft and fraud related offense.  He was convicted in 2008 in federal court for a similar offense and sentenced to 105 months of imprisonment.  The government proffered that shortly after his release from federal custody he embarked on the current offense.  The current offense spans a significant time period and involves large sums of money.  The current offense also was allegedly committed under the noses of defendant's Federal Probation Officers.  When the defendant was arrested, the government proffered that he was engaged in the criminal conduct for which he  has been

DETENTION ORDER - 1

charged.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 8th day of January, 2016.

BRIAN A. TSUCHIDA
United States Magistrate Judge