UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE EUGENE LILLARD,<br><br>    Defendant. | No: CR16-07 RSM<br><br>ORDER DIRECTING THE CLERK TO FORWARD TO APPELLATE COUNSEL FOR LONNIE LILLARD A DIGITAL RECORDING, A SEALED UNREDACTED TRANSCRIPT, AND SEALED FILINGS |

This matter comes before the Court upon the motion of the Defendant, Lonnie Eugene Lillard, by and through his appointed appellate counsel, Jonathan S. Solovy, requesting that the Office of the Clerk provide to defense counsel at government expense a digital recording of a hearing in which the government was excused, as well as various exhibits and pleadings filed under seal, and having reviewed defendant's motion (Dkt. #365), and having considered the same, this Court hereby orders as follows:

Defendant Lonnie Lillard's Unopposed Motion Directing The Clerk To Forward To Appellate Counsel For Lonnie Lillard A Digital Recording, A Sealed Unredacted Transcript, And Sealed Filings (Dkt. #365) is GRANTED. The Clerk is directed to provide, at government expense, to Jonathan Solovy, appellate counsel for Defendant Lonnie Lillard, the following:

*Order Granting Motion Directing The Clerk To Forward To Lillard's Counsel A Digital Recording And Redacted And Sealed Filings - 1*

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

1. The digital recording of the June 13, 2017 proceedings before the Hon. Mary Alice Theiler, regarding the motion hearing relating to defendant Lillard's sealed motion (Dkt. #126), to proceed pro se. *See* Dkt. #132.

2. An unredacted transcript, filed under Docket #298, of the motion hearing, held on June 30, 2017, regarding the ex parte sealed document (Dkt. #154) and the ex parte sealed motion (Dkt. #150) (s*ee* Dkt. #159).

3. Defendant Lonnie Lillard's sealed motion to withdraw from the plea agreement, filed on September 14, 2016. *See* Dkt. #94.

4. Defendant Lonnie Lillard's sealed motion to proceed pro se, filed on June 2, 2017. *See* Dkt. #126.

5. The CD, containing Exhibits 1-46 of the Government's Brief (Dkt. #133), filed in physical form by the government on June 14, 2017. *See* Dkt. #148.

6. The ex parte sealed documents, referred to in the June 30, 2017 Docket Entry #159, as Ex Parte-Sealed Document (Dkt. #154) and Ex Parte-Sealed Motion (Dkt. #150) objecting to the Magistrate Judge's recommendation and finding and requesting defendant be allowed to represent himself. *See* Dkt. #154 and Dkt. #150.

7. Sealed motion to withdraw as attorney, filed by Robert Gombiner, former appointed counsel for Lonnie Eugene Lillard, on September 28, 2017. *See* Dkt. #184.

8. Sealed document, Exhibit A to the Declaration of Troy Vespie, filed by the United States as to Nathaniel Wells, re Dkt. #336. *See* Dkt. #337.

DATED this 7th day of January, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

///

*Order Granting Motion Directing The Clerk To Forward To Lillard's Counsel A Digital Recording And Redacted And Sealed Filings* - 2

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

Presented by:

LAW OFFICE OF JONATHAN S. SOLOVY, PLLC

*s/ Jonathan S. Solovy*

_____
Jonathan S. Solovy
WSBA#16622

705 Second Avenue, Suite 1300
Seattle, WA  98104-1741
(206) 388-1090
solovylaw@earthlink.net

Attorney for Lonnie Lillard

*Order Granting Motion Directing The Clerk To Forward To Lillard's Counsel A Digital Recording And Redacted And Sealed Filings  - 3*

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington  98104-1741
(206) 388-1090
solovylaw@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2019, I electronically filed the foregoing *Proposed Order Directing The Clerk To Forward To Appellate Counsel For Defendant A Digital Recording, A Sealed Unredacted Transcript, And Sealed Filings*, with the Clerk of Court for the United States District Court for the Western District of Washington by using the CM/ECF system which will send notification of such filing to the attorney of record for the Plaintiff.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

EXECUTED this 24th day of December, 2019, at Seattle, Washington.

                                         s/ Jonathan S. Solovy
                                         _____
                                         Jonathan S. Solovy, WSBA#16622
                                         Attorney for Lonnie Eugene Lillard

*Order Granting Motion Directing The Clerk To Forward To Lillard's Counsel A Digital Recording And Redacted And Sealed Filings* - 4

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net