UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-007RSM |
| Plaintiff, | ORDER |
| v. | |
| LONNIE EUGENE LILLARD, | |
| Defendant. | |

Defendant's pro se Motion for Reconsideration (Dkt #365) of the Court's November 1, 2019 (Dkt #357) and December 2, 2019 (Dkt #362) orders is DENIED. The Clerk is directed to send a copy of this order to defendant.

IT IS SO ORDERED this 7th day of January, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE