The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LONNIE EUGENE LILLARD, <br><br> Defendant. | No. CR16-07 RSM <br><br> ORDER DEPOSITING PORTION OF RESTITUTION PAYMENTS WITH THE COURT'S REGISTRY PURSUANT TO RULE 38(e)(2)(C) |

This matter comes before the Court on the government's recommendation, made in response to the defendant's Motion to Stay Collection of Restitution Payment Pursuant to Rule 38(e)(1), Dkt. 384, that the Court direct a portion of the defendant's restitution payments into the district court's registry. Dkt. 392. Amendment of the restitution schedule will be necessary in light of new information regarding the identity of certain victims. *See generally* Dkt. 334, 335, 347, 364, 397.

The Court, being fully advised in the premises, ORDERS

(1) that 15% of any restitution payments received from Lillard shall be deposited in the court's registry pursuant to Federal Rule of Criminal Procedure 38(e)(2)(C);

(2) that no monies received from Lillard as restitution payments shall be disbursed to any of the payees in the "Chase Paymentech Group," *see* Dkt. 254, at 9, pending amendment of Lillard's Judgment to correct the list of payees due restitution;

ORDER DEPOSITING PORTION OF RESTITUTION
PAYMENTS WITH THE COURT'S REGISTRY
*United States v. Lillard* / CR16-07 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(3)    that all other monies received from Lillard as restitution payments, except for the 15% to be deposited in the court's registry as ordered above, shall continue to be disbursed to the other payees identified in the Judgment,[1] *see* Dkt. 254, at 8-9.

The Court further ORDERS the government to file a status report with this Court within 45 days of the issuance of the Court of Appeals mandate in this matter, addressing any needed amendments to the Judgment or to this Order.

DATED this 8th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] Specifically, restitution shall continue to be disbursed to all victims in the Vantiv Group, the Green Dot Group, and the INCOMM Group.

ORDER DEPOSITING PORTION OF RESTITUTION
PAYMENTS WITH THE COURT'S REGISTRY
*United States v. Lillard* / CR16-07 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970