The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LONNIE EUGENE LILLARD,<br><br>　　　　Defendant. | No. CR16-07 RSM<br><br>**ORDER EXTENDING TIME FOR THE GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)** |

THIS MATTER comes before the Court on the government's motion to extend time to respond to the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Having considered the record and files herein, the Court finds that based upon the motion of the government and for good cause shown,

/ / /

/ / /

*United States v. Lillard* / CR16-07 RSM
Order to Extend Response Deadline - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1     IT IS HEREBY ORDERED that the government's motion to extend time to
2 respond is GRANTED. The government's response brief is due on September 4, 2020.
3 The matter is renoted for September 11, 2020.

5     Dated this 21st day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

12 Presented by:

14 */s/ Erin H. Becker*
ERIN H. BECKER
15 Assistant United States Attorney

*United States v. Lillard* / CR16-07 RSM
Order to Extend Response Deadline - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970