UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE EUGENE LILLARD,<br><br>Defendant. | CASE NO. CR16-7RSM<br><br>**ORDER** |

Defendant's pro se motion for extension of time to file a reply (Dkt #434), is GRANTED. Defendant's response is due by September 25, 2020. Defendant's Motion to Reduce Sentence (Dkt #425) shall be re-noted to October 2, 2020.

DATED this 15th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE