HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LONNIE EUGENE LILLARD,<br><br>　　　　Defendant. | NO. CR16-7RSM<br><br>**ORDER ON STIPULATION REGARDING UNSEALING OF TRANSCRIPT OF HEARING ON MOTION TO WITHDRAW AS COUNSEL** |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for purposes of defendant's appeals now pending in the Ninth Circuit Court of Appeals, the court reporter shall prepare and release, to appellant's counsel only, a transcript of the sealed portion of the hearing on June 13, 2017.

　　　DATED this 8th day of October, 2020.

　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE