CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-007RSM |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| v. | ) ) | |
| LONNIE GENE LILLARD, | ) ) | |
| Defendant. | ) ) | |

Upon the motion of the Defense to file an Overlength Reply to the Government's Response to Motion for Compassionate Release in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Reply with regard to its Motion for Compassionate Release not to exceed 11 pages.

///

///

///

///

///

///

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*Lonnie Gene Lillard*; CR16-007RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 4th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Lonnie Gene Lillard

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*Lonnie Gene Lillard*; CR16-007RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**