UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE EUGENE LILLARD,<br><br>    Defendant. | NO. 2:16-cr-00007-RSM<br><br>**Order** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.  No later than June 29, 2021, the government shall file a memorandum stating in as much detail as possible what evidence it seeks from the sealed transcript and arguing why that evidence is relevant to the *Faretta* arguments made in Appellant's Opening Brief.

2.  No later than July 6, 2021, the defense shall file a brief responding to the government's brief, making any argument it wishes to make why the evidence the government seeks is not relevant.

3.  No later than July 9, 2021, the government may file a reply to the defense memorandum.

4.  After receiving the memoranda, the Court shall determine as

expeditiously as possible (a) whether the government is correct that evidence of the sort the government seeks is relevant to the *Faretta* arguments made in Appellant's Opening Brief and (b) whether the transcript contains such evidence. If the transcript contains such evidence and the Court determines it is relevant, it shall order only those portions of the transcript disclosed to the government.

IT IS FURTHER ORDERED that page 1 through page 12, line 18 of the transcript shall be disclosed to the government immediately, as those portions of those proceedings were not in camera, but took place with government counsel present.

DATED this 21st day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES
DISTRICT JUDGE