UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LONNIE EUGENE LILLARD,<br><br>Defendant. | NO. CR16-007 RSM<br><br>ORDER TO UNSEAL |

THIS MATTER comes before the Court on the government's motion to unseal recording for a limited purpose. Having considered the entirety of the record and files herein, the Court finds that based upon the motion of the government and for good cause shown,

IT IS HEREBY ORDERED that the recording of the *Faretta* hearing (Dkt # 132) may be transcribed by the court reporter and that transcription be provided to government counsel. This transcription shall remain sealed for all other purposes.

IT IS HEREBY FURTHER ORDERED that the transcription provided to counsel

///

///

Order to Unseal for Limited Purpose
*United States v. Lillard*, CR16-007 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

shall not be reproduced or disseminated, unless that transcription is forwarded to the Ninth Circuit Court of Appeals for appellate purposes.

Dated this 14th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Michael S. Morgan
MICHALS S. MORGAN
Assistant United States Attorney

Order to Unseal for Limited Purpose
*United States v. Lillard*, CR16-007 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970